NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPLUS TECHNOLOGIES, LTD.,**
*Plaintiff-Appellant,*

**v.**

**SEARS HOLDINGS CORPORATION,**
*Defendant,*

AND

**VIZIO, INC.,**
*Defendant-Cross-Appellant.*

---

2014-1119, -1131

---

Appeals from the United States District Court for the Central District of California in No. 2:12-cv-05707-MRP-E, Senior Judge Mariana R. Pfaelzer.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to withdraw these appeals,

IT IS ORDERED THAT:

2    OPLUS TECHNOLOGIES, LTD. v. SEARS HOLDING CORPORATION

(1) The motion is granted.  The appeals are dismissed.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19

ISSUED AS MANDATE: March 27, 2014